UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

BRANDON COLE,
Plaintiff,

v.

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,
Defendant.

CV No.: 3:25-cv-01253-JR

ORDER FOR EAJA FEES

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $7,185.19 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check or electronic transfer shall be made payable to Plaintiff's attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to her. If it is determined that Plaintiff has such debt then the remaining funds after offset shall be made payable to Plaintiff and mailed to Plaintiff's attorney, Robyn M. Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070

IT IS SO ORDERED.

DATED this 2nd day of September, 2026.

/s/ Jolie A. Russo
Jolie A. Russo
United States Magistrate Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff